FILED

APR 27 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANDRA SEGAL POLIN, individually, dba Law Offices of Sandra Segal Polin and LAURI KRITT MARTIN, an individual, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ANDY BEHRMAN, an individual and SKYWRITING, LLC, a California limited liability company, <br><br> Defendants - Appellees. | No. 11-55075 <br><br> D.C. No. 2:10-cv-06223-PA-E <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted April 20, 2011[**]

Before:      RYMER, THOMAS and PAEZ, Circuit Judges.

Plaintiffs-appellants Sandra Segal Polin and Lauri Kritt Martin appeal the

district court's denial of their request for preliminary injunctive relief against

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

defendants-appellees Andy Behrman and Skywriting, LLC.  We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint.  Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief.  *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008); *see Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review).  We conclude the district court did not abuse its discretion.  Accordingly, we affirm the district court's order denying the preliminary injunction.

**AFFIRMED.**